854

question. *Solicitor General Sobeloff* for the United
States.

No. 184. WILLIAMSON, ATTORNEY GENERAL, ET AL. *v.*
LEE OPTICAL OF OKLAHOMA, INC. ET AL.; and
No. 185. LEE OPTICAL OF OKLAHOMA, INC. ET AL. *v.*
WILLIAMSON, ATTORNEY GENERAL, ET AL. Appeals from
the United States District Court for the Western District
of Oklahoma. Probable jurisdiction noted. *Mac Q.
Williamson,* Attorney General of Oklahoma, *Fred Han-
sen,* First Assistant Attorney General, and *James C.
Harkin,* Assistant Attorney General, for appellants in No.
184. *Duke Duvall, John M. Phillips* and *Dick H. Woods*
for appellants in No. 185. Reported below: 120 F. Supp.
128.

No. 179. COURTNEY ET AL. *v.* LOCKETT. Supreme
Court of Kansas. Certiorari granted. *Payne H. Ratner*
for petitioners. *Harold R. Fatzer,* Attorney General of
Kansas, for respondent.

No. 301. ENGINE AIR SERVICE, INC. ET AL. *v.* HALPERT,
TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari
granted. *James G. Moore* for petitioners. *Max Schwartz*
for respondent.

No. 110, Misc. WILLIAMS *v.* GEORGIA. Supreme
Court of Georgia. Certiorari granted. *Carter Goode* for
petitioner. *Eugene Cook,* Attorney General of Georgia,
and *Robert H. Hall,* Assistant Attorney General, for
respondent.